UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80900-CIV-MIDDLEBROOKS/JOHNSON

KATRINA HALFPAP, JEAN
SEELINGER, and MARILYN
BLACKBURN,

    Plaintiffs,

vs.

CITY OF WEST PALM BEACH,
FLORIDA,

    Defendant.
_____/

## FINAL JUDGMENT AND PERMANENT INJUNCTION

THIS CAUSE comes before the Court pursuant to Fed. R. Civ. P. 58 and upon the granting of partial summary judgment in favor of the Plaintiffs. Accordingly, it is

ORDERED and ADJUDGED that Final Judgment shall be entered in favor of Plaintiffs and as against the Defendant upon the Complaint herein insofar as the Buffer Zone is related. The City is hereby permanently enjoined from enforcing Ordinance Number 3875-05 (78-425), the Public Safety Buffer Zone Ordinance. It is further,

ORDERED and ADJUDGED that the Clerk of Court shall enter Final Judgment of Damages in the Amount of $100.00 each, together with interest thereon at the rate authorized by 28 U.S.C. 1961, to each of the named Plaintiffs: Katrina Halfpap, Jeanne Seelinger and Marilyn Blackburn. The Clerk of Court shall CLOSE this CASE and DENY all PENDING MOTIONS as MOOT. The Court retains jurisdiction for the purpose of awarding costs and fees.

DONE and ORDERED in Chambers, at West Palm Beach, Florida this 29th day of

February, 2008.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT COURT