## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

CASE NO.  05-80900-CIV-MIDDLEBROOKS/JOHNSON

KATRINA HALFPAP, JEAN
SEELINGER, and MARILYN
BLACKBURN,

      Plaintiffs,

v.

CITY OF WEST PALM BEACH,
FLORIDA,

      Defendant.

_____/

### STIPULATED SETTLEMENT OF ATTORNEYS' FEES AND RELEASE

THIS AGREEMENT is made this 6th day of May, 2008, through counsel, by and between KATRINA HALFPAP, JEAN SEELINGER, and MARILYN BLACKBURN, (hereinafter referred to as "the Plaintiffs") and CITY OF WEST PALM BEACH, FLORIDA (hereinafter referred to as "Defendant), to settle all attorneys' fees, costs, and expenses that are or may be due and owing to Plaintiffs' counsel in the action styled *Halfpap v. City of West Palm Beach, Florida*, pending in the United States District Court for Southern District of Florida and bearing Case No. 05-80900-Civ-Middlebrooks/Johnson. The Plaintiffs and Defendant will be collectively referred to as "the Parties."  Plaintiffs were the prevailing parties in said action by order of the Court dated February 29, 2008.

IN CONSIDERATION OF the sum of SEVENTY THOUSAND AND 00/00 DOLLARS ($70,000.00) (hereinafter referred to as "Settlement Proceeds"), the Plaintiffs, by and through counsel, hereby agree to settle all claims for attorneys' fees, costs, and expenses in Case No. 05-80900-Civ-Middlebrooks/Johnson incurred to date, and release and forever discharge Defendant from any and all debts, claims and demands whatsoever in law or equity arising from the Plaintiffs' claim, right, title, and action for attorneys' fees and costs incurred to date arising out of Case No. 05-80900-Civ-Middlebrooks/Johnson.

This Stipulated Settlement of Attorneys' Fees and Release shall be contractual in nature and shall operate as a complete release of all claims for attorneys' fees, costs, and

expenses arising out of Case No. 05-80900-Civ-Middlebrooks/Johnson , incurred to date. Plaintiffs agree that they have received no inducement, promise, or offer of any kind whatsoever except for the consideration delineated herein, and that this Stipulated Settlement of Attorneys' Fees and Release is executed without reliance on any statement or representation by the Defendant, its representatives, or anyone beyond the sole consideration described herein. The Parties acknowledge and agree that this Stipulated Settlement of Attorneys' Fees and Release is the entire agreement by and between the Parties with respect to attorneys' fees, costs, and expenses arising out of Case No. 05-80900-Civ-Middlebrooks/Johnson, incurred to date. Any other representations are merged herein.

The Parties acknowledge that this Stipulated Settlement of Attorneys' Fees and Release is in compromise of attorneys' fees, costs, and expenses incurred to date that would, could, or might be awarded by the Court on Plaintiffs' motion for attorneys' fees made pursuant to 42 U.S.C. § 1988. This settlement is made for business reasons and to avoid further cost and expense.

The parties agree that the Settlement Proceeds shall be paid by check made payable to Simon, Sigalos & Spyredes, P.A. Trust Account. The Settlement Proceeds shall be delivered to George L. Sigalos, Esq., SIMON, SIGALOS & SPYREDES, P.A., 3839 NW Boca Raton Blvd., Suite 100, Boca Raton, Florida 33431 no later than ten (10) calendar days from the execution date of this Agreement. In the event such payment is not received in the time allotted, the Parties hereby stipulate and agree that judgment for attorneys' fees shall be entered in favor of Plaintiffs against Defendant City of West Palm Beach in the amount of $70,000.00 upon motion by Plaintiffs with supporting affidavit attesting to non-receipt of such payment.

The Parties hereby stipulate and agree that the United States District Court for the Southern District of Florida shall retain jurisdiction over Case No. 05-80900-Civ Middlebrooks/Johnson to enforce this Stipulated Settlement of Attorneys' Fees and Release pursuant to Kokkonen v. Guardian Life Ins. Co. of America, 511 U.S. 375, 382 (1994).

This Agreement may be executed in any number of counterparts, each of which shall be deemed to be an original, and all of which shall be deemed as being the same instrument.

The persons executing this Agreement do hereby declare, represent, acknowledge, warrant and agree that they are duly and fully authorized to execute this Agreement so as to legally bind the Parties.

The Plaintiffs hereby accept drafts as final payment of the consideration set forth above.

PLAINTIFFS   KATRINA   HALFPAP,   JEAN
SEELINGER, and MARILYN BLACKBURN


By /s/ George L. Sigalos, Esquire
George L. Sigalos, Esq.
SIMON, SIGALOS & SPYREDES, P.A.
3839 N.W. Boca Raton Boulevard
Suite 100
Boca Raton, Florida 33431
Tel: 561-447-0017
Fax: 561-447-0018

Brian Fahling, WA Bar #18894
AMERICAN FAMILY ASSOCIATION
CENTER FOR LAW & POLICY
P.O. Drawer 2440/100 Parkgate Drive
Tupelo, MS  38803
Tel: 662-680-3886

Attorney for Plaintiffs


DEFENDANT  CITY  OF  WEST  PALM  BEACH,
FLORIDA

Claudia McKenna, Esq.
City Attorney
City of West Palm Beach
200 2nd Street – P.O. Box  3366
West Palm Beach, FL 33402
Telephone:  (561) 822-1350
Facsimile:   (561) 822-1373


By: /s/ Claudia M. McKenna
Claudia M. McKenna
City Attorney

Its Duly Authorized Representative


\\file-server\Public\Clients\Alliance Defense Fund\City of WPB v  Halfpap\Pleadings\settle[1][1] attys fees HALFPAP DOC